FILED

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0473

In the Supreme Court of the State of Montana

Supreme Court No. DA 24-0473

STATE OF MONTANA,

Plaintiff and Appellee,

-vs-

JAY DEE DAVISSON,

Defendant and Appellant.

## ORDER

Appellant Davisson has filed a Notice of Substitution of Counsel. In it he advised the Court he has retained the services of private counsel. Consequently, Mr. Davisson requests the Court direct the Clerk of Court to enter the appearance of Colin M. Stephens, STEPHENS BROOKE, P.C., as his counsel of record in place of the currently-appointed Office of Appellate Defender.

The Clerk is so directed and Mr. Stephens appears as counsel for the Appellant. The Appellate Defender's Office is relieved as counsel.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 18 2025